FILED
2008 JUL 15 AM 10: 23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM G. BEARD,<br>　　　　　Plaintiff,<br>v.<br>SHUTTERMART OF CALIFORNIA, INC., a California Corporation; SHUTTERMART OF CALIFORNIA 401(K) EMPLOYEE STOCK OWNERSHIP PLAN; ROBIN HART; TERRY UDELHOFEN, and RICHARD RONQUILLO,<br>　　　　　Defendants. | CASE NO.: 07cv0594WQH (NLS)<br><br>ORDER FOR DISMISSAL |
| SHUTTERMART OF CALIFORNIA, INC., a California corporation,<br>　　　　　Counterclaimant,<br>v.<br>TOM G. BEARD, an individual, and ROES 1 - through 100, inclusive,<br>　　　　　Counterdefendants. | |
| SHUTTERMART OF CALIFORNIA, INC., a California corporation,<br>　　　　　Cross-Claimant,<br>v.<br>ROBIN HART, TERRY UDELHOFEN, and MOES 1 through 100, inclusive,<br>　　　　　Cross-Defendants. | |

07-cv-0594WQH(NLS)
ORDER FOR DISMISSAL

|   |   |
|---|---|
| 1 | ROBIN HART, TERRY UDELHOFEN, |
| 2 | Cross-Claimants, |
| 3 | v. |
| 4 | SHUTTERMART OF CALIFORNIA, INC., a California corporation and RICHARD RONQUILLO, |
| 5 | Cross-Defendants. |
| 6 |   |
| 7 | ROBIN HART, TERRY UDELHOFEN, Counterclaimants, |
| 8 | v. |
| 9 | TOM G. BEARD, |
| 10 | Counterdefendant. |

On joint motion of the parties and good cause appearing, it is hereby ordered that complaint filed by Tom Beard against Shuttermart of California, Inc., a California Corporation; Shuttermart of California 401(k) Employee Stock Ownership Plan; Robin Hart; Terry Udelhofen, and Richard Ronquillo, and the Counterclaim filed by Robin Hart and Terry Udelhofen against Tom G. Beard in the above captioned matter are dismissed with prejudice; the pending counterclaim and cross-claim filed on behalf of Shuttermart, Inc. are dismissed without prejudice.

IT IS SO ORDERED.

Dated 7/14/08

Judge of the U. S. District Court
Southern District of California